642 A.2d 1002

STATE OF NEW JERSEY v. RICHARD HILL.

April 8, 1994—Prior

## ORDER

This matter having come before the Court on defendant's appeal as of right pursuant to *Rule* 2:2–1(a)(2), and good cause appearing.

ORDERED that the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Oaklyn Municipal Court, Camden County, for further proceedings consistent with this Court's decision in *State v. Gookins*, 135 *N.J.* 42, 637 *A.*2d 1255 (1994).

Jurisdiction is not retained.

642 A.2d 1002

WATCHUNG HILLS BANK FOR SAVINGS v. LUCY M. JACHERA.

April 11, 1994—Prior

## ORDER

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed.

642 A.2d 1002

MARYLAND NATIONAL MORTGAGE CORPORATION v. REBECCA LITTLEJOHN AND GEORGE CLAPPS, GWENDOLYN CLAPPS, AND STATE OF NEW JERSEY.

April 13, 1994—Prior

## ORDER

The Court having been informed that defendant Rebecca Littlejohn no longer resides on the affected premises and good cause appearing, ORDERED that the within appeal is dismissed as moot.